**DISMISS; and Opinion Filed June 11, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00055-CV**

**IN THE INTEREST OF M.E.J, W.D.J, AND T.M.J, CHILDREN**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-10155**

## MEMORANDUM OPINION
Before Justices O'Neill, Francis, and Fillmore

The Court has before it appellant Zoe Michelle Jackman's May 30, 2013 unopposed motion to dismiss appeal. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

130055F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.E.J, W.D.J, AND T.M.J, CHILDREN

No. 05-13-00055-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-07-10155.
Opinion delivered per curiam. Justices O'Neill, Francis and Fillmore sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee William David Jackman recover his costs of this appeal from appellant Zoe Michelle Jackman.

Judgment entered this 11th day of June, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE